# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Case No. 2:22-MJ-00126-JAG |
| JOHN I. SANGER | )<br>)<br>) |

## CRIMINAL COMPLAINT

I, David M. White, the complainant in this case, state that the following is true to the best of my knowledge and belief.   Beginning on a date unknown but by on or about March 12, 2022 and continuing until on or about April 25, 2022, in the county of Spokane in the Eastern District of Washington, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Theft of Government Property and Possession of Stolen Ammunition |

This complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature
David M. White, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:   April 25, 2022

_____
Judge's signature
James A. Goeke, United States Magistrate Judge
_____
Printed name and title

City and state:   Spokane, Washington